**Electronically Filed
Supreme Court
SCPW-25-0000387
30-SEP-2025
02:39 PM
Dkt. 4 ODDP**

SCPW-25-0000387

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN RE ROSY SOTTO ESCPRECION

_____

ORIGINAL PROCEEDING
(CAAP-24-0000837; CASE NO. 1CC161001976)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed April 30, 2025, and the record, an extraordinary writ is unwarranted because the relief that Petitioner seeks will be considered through the normal appellate process. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawai'i 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED: Honolulu, Hawai'i, September 30, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

